IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

        Plaintiff,                    No. 2:08-cv-1428 JFM (PC)

    vs.

C.J. O'HAGAN, et al.,

        Defendants.            <u>ORDER</u>

                            /

        Defendants have requested an extension of time to file a response to plaintiff's first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' December 16, 2008 request for an extension of time (#10) is granted; and

        2. Defendants' December 17, 2008 motion to dismiss is deemed timely filed.

DATED: January 5, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

/001; will1428.eot

1