1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK WILLIAMS,

11          Plaintiff,                        No. 2:08-cv-1428 FCD JFM (PC)

12      vs.

13   C.J. O'HAGAN, et al.,

14          Defendants.                       ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On February 13, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1            Accordingly, IT IS HEREBY ORDERED that:

2            1.  The findings and recommendations filed February 13, 2009, are adopted in

3    full;

4            2.  Defendants' December 17, 2008 motion to dismiss is granted;

5            3. Plaintiff's § 1983 claims are dismissed for failure to exhaust administrative

6    remedies prior to suit;

7            4. The court declines to exercise supplemental jurisdiction over state law claims,

8    if any, contained in plaintiff's complaint; and

9            5. This action is dismissed.

10   DATED: March 5, 2009.

11

12   _____
      FRANK C. DAMRELL, JR.

13         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26