IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,          No. 2:08-cv-1428-FCD-JFM (PC)

  vs.

C.J. O'HAGAN, et al.,

    Defendants.      <u>ORDER</u>

                          /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 6, 2009, the district court dismissed plaintiff's § 1983 claims for failure to exhaust administrative remedies prior to suit, declined to exercise supplemental jurisdiction over any state law claims contained in plaintiff's complaint, and dismissed the action. Judgment was entered on the same day. On March 19, 2009, plaintiff filed a document that appears to be a complaint. Upon review of the document, the court construes it as a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Good cause appearing, defendants will be directed to filed a response.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The document filed by plaintiff on March 19, 2009 is construed as a motion for relief from judgment;

1

2. Within twenty-one days from the date of this order defendants shall file and serve a response to plaintiff's March 19, 2009 motion for relief from judgment; and

3. Plaintiff's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
will1428.60b