IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

      Plaintiff,                    No. 2:08-cv-1428 FCD JFM (PC)

      vs.

C.J. O'HAGAN, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 15, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On November 3, 2009, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations, and on November 13, 2009, plaintiff filed objections to the findings and recommendations.  Good cause appearing, plaintiff's motion for extension of time will be granted and plaintiff's objections will be deemed timely filed.

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a de novo review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and
4 by proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.  Plaintiff's November 3, 2009 motion for extension of time is granted;
7    2.  Plaintiff's November 13, 2009 objections are deemed timely filed;
8    3.  The findings and recommendations filed October 15, 2009, are adopted in full;
9 and
10    4.  Plaintiff's March 19, 2009 motion for relief from judgment is denied.
11 DATED:  November 19, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE